**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JOHN ONEIA,**

           Plaintiff,

**v.**                                             Case No.**: 3:05-cv-308-J-16TEM**

**1ST NAVY BANK,**

           Defendant.

_____ /

## ORDER TRANSFERRING CASE

This case is before the Court *sua sponte*. On a review of the file, the Plaintiff is a resident of Gadsden County and the Defendant's place of business is in Pensacola, Escambia County. Both of these counties are located in the Northern District of Florida. Additionally, there are no allegations that the cause of action occurred in the Middle District of Florida. Therefore, the Clerk is hereby directed to **TRANSFER** this case to the Northern District of Florida.

**DONE AND ORDERED** in Jacksonville, Florida, this  19   day of April, 2005.

_____
JOHN H. MOORE II
United States District Judge

*Copies to:*
    *Pro Se Party*